# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147071

_____

In re NAD, Minor.

SC: 147071
COA: 311694
Grand Traverse CC Family
Division: 11-100023-AM

_____/

On order of the Court, the application for leave to appeal the February 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2013



s0625

Clerk